UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON JULIAN COLLI EK,<br><br>    Plaintiff,<br><br>    v.<br><br>DA ANGELO, INC.,<br><br>    Defendant. | Case No. 23-cv-02273-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 42 |

Counsel for the parties filed a notice that the parties have reached a settlement in this matter. (Dkt. No. 16.) In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however, that if any party hereto shall certify to this Court within one hundred and twenty days, with proof of service, that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated and this case shall be restored to the calendar and set for trial. If no certification is filed, after passage of one hundred and twenty days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: August 9, 2023



SALLIE KIM
United States Magistrate Judge